Hand-Delivered

**FILED**
Statesville, NC

MAY 29 2026

Clerk, US District Court
~~Western District of NC~~

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

_____Statesville (3rd)_____ Division

| | | |
|---|---|---|
| CARY VANDERMEULEN | ) | Case No. 5:26 cv 122 -SCR-DCK |
| | ) | _(to be filled in by the Clerk's Office)_ |
| | ) | |
| _Plaintiff(s)_ | ) | |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | Jury Trial: _(check one)_ ☐ Yes ☑ No |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | |
| _please write "see attached" in the space and attach an additional_ | ) | |
| _page with the full list of names.)_ | ) | |
| -v- | ) | |
| | ) | |
| GREYHOUND LINES, INC. | ) | |
| Unidentified employee | ) | |
| | ) | |
| _Defendant(s)_ | ) | |
| _(Write the full name of each defendant who is being sued. If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | ) | |
| _write "see attached" in the space and attach an additional page_ | ) | |
| _with the full list of names.)_ | ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CARY VANDERMEULEN |
| Street Address | 3623 26th Street Dr NE |
| City and County | Hickory |
| State and Zip Code | 28601 |
| Telephone Number | (828) 855-2844 |
| E-mail Address | cary_vdm@hotmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant,

Defendant No. 1

| | |
|---|---|
| Name | GREYHOUND LINES, INC. |
| Job or Title *(if known)* | Corporate HQ and Offices |
| Street Address | 350 N. Saint Paul Ste. 300 |
| City and County | Dallas, Dallas County |
| State and Zip Code | Texas 75201 |
| Telephone Number | (214) 849-8100 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Unidentified employee |
| Job or Title *(if known)* | Supv / Terminal Management |
| Street Address | 709 Rep. John Lewis Way South |
| City and County | Nashville, Davidson County |
| State and Zip Code | Tennessee 37203 |
| Telephone Number | (800) 231-2222 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)*  GREYHOUND LINES, INC.          , is incorporated under the laws of the State of *(name)*  Delaware                      , and has its principal place of business in the State of *(name)*

    Texas

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)*  Unidentified employee        , is a citizen of the State of *(name)*   *(believed to be)* Tennessee            Or is a citizen of

      b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendant (GREYHOUND) did not maintain schedule, leaving passengers (stranded) in Nashville - connecting buses long since gone.
Unidentified employee (who refused to be identified) refused any provision of food or lodging when requested.
This same employee detained and impeded passenger from boarding connecting bus the next evening - leaving passenger once again stranded, without provision of food or lodging.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

What follows is a contemporaneous narrative (attached) that details a trip with Greyhound. An excursion from Phoenix to North Carolina that was to take two days, if all went as scheduled. It did not.
Greyhound did not maintain that schedule, missing connectioning buses. In this case, a connecting bus that runs only every 24-hours.

What began as a complaint to Greyhound became the basis of a police report when it was discovered that there was no means provided by Greyhoud for doing so.
I contacted the company by phone when more difficulty arose the following evening (BEING STOPPED FROM BOARDING MY BUS) and was told by their representative that

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Additonal monies spent - lodging (determinate), incidentals (minimal, no receipt), and punitive and exemplary damages (indeterminant) for -
Refusing to provide food or shelter (and safe passage thereto),
providing no means or registering complaint or provision for management over-sight,

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/20/26

Signature of Plaintiff

Printed Name of Plaintiff    Gary K. Van Der Meulen

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

What follows is a contemporaneous narrative that details a trip with Greyhound. An excursion from Phoenix to North Carolina that was to take two days, if all went as scheduled. It did not. Greyhound did not maintain that schedule, missing connectioning buses. In this case, a connecting bus that runs every 24-hours.

What began as a complaint to Greyhound became the basis of a police report when it was discovered that there was no means provided by Greyhoud for doing so.

I contacted the company by phone when more difficulty arose the following evening (BEING STOPPED FROM BOARDING MY BUS) and was told by their representative that the only way to complain was "online".

As the incident was rather involved, I wished to spell-it-out clearly and drafted this recitation of events, only to find THERE IS NO WAY TO REGISTER A COMPLAINT ONLINE. (Nor is there to this day - screen-shots of Greyhound.com "Trip Dilemmas" captured.  It is a select the problem, there's a ready answer response system, like the rest of the site.)

At which point, it became the basis of a police report. As indicated in the narrative, I did contact the police.

Initially, visiting a precinct station in the downtown area, but found that it was not open to foot traffic, so I gave a call.

I was told a unit would be dispatched, but not precisely when one might arrive...

The report was left with the front desk of the hotel for presentation to an officer, while I myself had to make my way to the Greyhound terminal, if I were to catch a bus.

Since then, I made one more attempt to contact Greyhound regarding their "service".

Discovering that the President has a Linked-In account, as do I, I invited him to a conversation regarding an "issue" (unspecified) to see if there could be some resolve.
As I have not heard since, it has now become the basis for formal Civil Complaint, as follows:

On 6/12/23 at approx. 01:35AM the Greyhound bus that I had taken from Dallas to Nashville was delayed by 45 minutes due to "servicing" which was completed as promised within the 45 minute time period.
There the bus waited for another hour-and-a-half for a driver to arrive to take us and the bus to Nashville. Needless to say, we arrived a 'tad' late, our connecting bus having left according to its schedule at 10:15PM (on the 11th) whereas we were slated to arrive at 9:15PM on the 11th.
Shortly after our 1:35AM arrival, I approached the service desk to speak with a woman who refused to identify herself when requested for that information at the end of our conversation.
A conversation during which she 'copped an attitude' and refused to provide any food or lodging for the stay. She unequivacally stated, "They are not giving out any food vouchers and the restaurant is closed anyway."
As if the closed restaurant is the one that has to be eaten at or that anyone of the now "stranded" passengers who are going to have to spend the next 24-hours waiting for the another bus that runs from Nashville to Hickory/Newton is obliged to do so.
Before I left the counter another employee was about to put my name on a list she had produced, presumably for lodging, although the "nasty lady" told her, **"Don't put his name on the list. He doesn't have a phone so he don't count anyway."** and then REFUSED to answer to what the "list" pertained, saying, "Go to the end of the line."

Things got even more interesting the next night as I returned to the Greyhound station in Nashville at approx. 9:35PM for a 10:15PM bus.

I did inquire of the employee at the door at 10:15 if a call had been made - all 'calling-out' of buses being done VERBALLY vs. a PA system announcement, making it often difficult to hear in a crowded, loud bus terminal.

Shortly thereafter, the bus that included "Hickory" was called by an older, short, black woman who stood by the gate where the bus was going to be loading.

I wished the man with whom I had been conversing, farewell and left with my baggage in tow to the door where the woman who announced had been standing, but was no longer there.

Who was there was the "nasty" woman from the night before.

I attempted to get in the line to board the bus at the only 'gate' that was open at the time. She 'blocked' my boarding to the bus at the point of exiting the station with ticket/boarding pass in hand - the one that had ALREADY BEEN DELAYED 24-HOURS, saying to me, **"There was NO announcement for a bus to "Hickory". I've been here since 10 o'clock and there's been NO bus to "Hickory."**

I found the older woman at the service counter and asked her about making the announcement. She said she had.

The gentleman with whom I had been standing heard her announce it as did a fellow passenger, who were both kind enough to provide me their information should there be a continuing problem...

What transpired was this:

1) The woman who refused to identify herself had now blocked my entrance to boarding the bus which had finished loading and departed while this all occurred.

2) The "unidentified" woman who later turned-out to be a facility "manager" has lied, denied, manipulated subordinates; in short,

everything (or anything) imaginable to impede this passengers continued travel to their destination.

In the interim, the older woman had gone up to the unidentified woman and spoken, there apparently being some discussion on the matter as the unnamed woman now 'informs' me, **"That woman does not announce buses."**
I met the same older lady at the service counter to "reschedule" my trip to Hickory. She told me that I would have to "call the number" in order to rebook. I told her, (as I had told the unnamed woman the night before) that I did not have a phone. It appears however, that she had been instructed otherwise. (Somewhat similarly to how another subordinate had been told the prior evening not put my name on "the list".)
This was confirmed as I had rejoined the gentleman where we had been 'stationed' for the 'calling-out' of the slew of bus stops (various cities) that a given bus was servicing. As I stood there with him, the woman who had refused to be identified had moved down to where we were located, just around the doorway. That is when I heard her tell someone she was the facility "manager". I subsequently approached her about the woman at the service counter not rebooking my passage, stating that I had NO PHONE (as she knew from the night before). **She now turns to the guard who is standing outside with her, "He has a phone."** Followed by, **"If he doesn't book in 15 minutes, I want him out of here."**

Now, I have a pretty good idea what the Federal Transportation Commission has to say about a passenger getting 'stranded' at a location along their route due to the operation of the transit firm. What I don't have any idea about is what they would have to say about the MALICIOUS OBSTRUCTION OF INTERSTATE TRAVEL of said passenger.
Any idea?

My bus scheduling has been 'rebooked', not that I really care to be traveling Greyhound, but since you guys took the money to deliver me to said destination and have thus far failed to do so, this might be your last 'shot' at it.

I have spent in excess of $200. a night for this failure in lodging to this point with not a whit of a morsel to show for my stay. But, that is not the point is it?

I wish to know what you intend to do, not only in rectification of the trouble that has been caused by Greyhound, but specifically, WHAT DO YOU INTEND TO DO ABOUT THIS WOMAN?

I know what I intend to do at this point. If I see her face at the station this evening and she as much as looks 'ugly' at me, I will be prepared.

I intend to call the Nashville PD to see what their policy/procedures are for a "civil standby" as it is termed. I'm quite sure even the security at the depot will 'stand-down' in the PD's presence, despite what the "manager" may tell them.

I would recommend a couple of things at this juncture:

1. Every effort be made by Greyhound to see to it that I get on that bus leaving for "Hickory" at 10:15PM from the Nashville station this evening.

2. That I have a comfortable and safe trip.

3. That effort be made by Greyhound in their best interest to see to it that I do not see that woman, the supposed "manager" this evening - in order to avoid the not so pleasant scene of the police having to be present.

4.  And lastly, that Greyhound get back to me ASAP on what they intend to do to rectify this whole mess including the trouble and expense.

Quite frankly, this old gentleman can't ever remember in the course of my entire life being so thoroughly disrespected and abused, let alone by someone whose job it is to see that passengers become "patrons".
No thanks.  Next time I fly.

Bye,
Cary K. VanDerMeulen